AUGUST 11, 2015 **706-15**

Granted 30 days
[signature]

COURT OF CRIMINAL APPEALS
CLERK
P.O. BOX 12308
AUSTIN TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 17 2015
Abel Acosta, Clerk
Abel Acosta, Clerk

RE: PRO SE MOTION FOR TIME EXTENSION

DEAR CLERK

ENCLOSED IS A MOTION FOR EXTENSION OF TIME TO FILE MY PETITION FOR DISCRETIONARY REVIEW. DUE TO THE TELFORD UNIT LOCKDOWN/SHAKEDOWN ACCESS TO COURT WAS NOT ALLOWED. PLEASE FILE AND PRESENT THIS MOTION WITH THE COURT. ALSO PLEASE PROVIDE ME WITH NOTICE OF RECIEPT OF THIS DOCUMENT. IN THE EVENT YOU NEED TO CONTACT ME, PLEASE DO SO AT THE BELOW GIVEN ADDRESS.

THANK YOU FOR YOUR TIME AND ASSISTANCE.

RESPECTFULLY,

ANTONIO PATTERSON #1850883
TELFORD UNIT
3899 STATE HWY 98
NEW BOSTON, TEXAS 75570

CC FILE CCP-1

FILED IN
COURT OF CRIMINAL APPEALS
AUG 18 2015

Abel Acosta, Clerk